

NUMBER 13-12-00493-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TIDEPORT DISTRIBUTING, INC.,                                    Appellant,

v.

RAMON CERDA, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF BRITTANY CERDA, DECEASED,                    Appellee.

## On appeal from the 148th District Court
## of Nueces County, Texas.

## ORDER ABATING APPEAL

Before Chief Justice Valdez and Justices Rodriguez and Garza
Per Curiam

This cause is before the Court on appellant's unopposed motion to abate the appeal pending settlement. Appellant requests that the Court abate this appeal pending finalization of settlement of the underlying cause. Appellant states that, once the settlement is complete, appellant will move to dismiss this appeal.

The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the unopposed motion to abate the appeal pending settlement should be granted. The motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED until further order of this Court.

PER CURIAM

Delivered and filed the
29th day of January, 2014.